IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN KEITH HUDSON                                                              PLAINTIFF

V.                              CASE NO. 4:17-CV-751-BD

GARY ANDREWS, et al.                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

DATED this 17th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE